UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:13-cr-00205-JTN

v.                                      Honorable Janet T. Neff

MICHAEL DUVALL DAVIS, JR.,

                                        **ORDER**

        Defendant.
_____/

      Defendant appeared before me with counsel on December 12, 2016, for a preliminary hearing on the petition for warrant or summons for offender under supervision, FED. R. CRIM. P. 32.1(b)(1).  Based on the evidence proffered during the hearing, I find that there is probable cause to believe that defendant has violated conditions of supervised release.  I also find that defendant has not sustained his burden of demonstrating by clear and convincing evidence an eligibility for bond.  Defendant is remanded to the custody of the Attorney General pending a final revocation hearing.  Accordingly:

      **IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the district judge on the petition for warrant or summons for offender under supervision.

      **IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date:  December 13, 2016                            /s/ Phillip J. Green
                                                        PHILLIP J. GREEN

                                    United States Magistrate Judge